UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16cv62753

YAZAN SALEH,

     Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

     Defendant.

_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW YAZAN SALEH (the "**Plaintiff**") and ENHANCED RECOVERY COMPANY, LLC (the "**Defendant**"), by and through respective undersigned counsel, and hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal of this action, with prejudice, with each party is to bear his or its own fees and costs.

Respectfully submitted this 6th$^{th}$ day of February, 2017.

THE LAW OFFICES OF JIBRAEL
  S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Telephone: 954.907.1136
Facsimile: 855.529.9540

/s/ Jibrael Hindi
Jibrael S. Hindi
  Florida Bar Number 118259
  jibrael@jibraellaw.com

*Counsel for Plaintiff*

SMITH, GAMBRELL & RUSSELL,
LLP

*s/ Richard D. Rivera*
Scott S. Gallagher
Florida Bar No. 0371970
Email: ssgallagher@sgrlaw.com
Richard Rivera
Florida Bar No. 108251
Email: rrivera@sgrlaw.com
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Tel: (904) 598-6111
Fax: (904) 598-6211
*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th[th] day of February, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jibrael S. Hindi_____
Jibrael S. Hindi, Esq.
Florida Bar No.118259
E-mail: jibrael@jibraellaw.com